# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **REGINA BENNETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.:  2:18-cv-1061-RAH** |
| ) | |
| **BUTLER COUNTY BOARD OF** ) | |
| **EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT NOTICE OF SUCCESSFUL MEDIATION

**COME NOW the Parties,** by and through the undersigned counsel of record, and notify the court that the mediation held on March 12, 2025, was successful.  The parties reached an agreement in principle, subject to approval by the Defendant in accordance with Alabama law.  The parties expect to be able to finalize the settlement within thirty (30) days.

Respectfully submitted,

*/s/ Fred D. Gray, Jr.*\*
FRED D. GRAY, JR.
Gray, Langford , Sapp, McGowan, Gray, Gray & Nathanson, P.C.
Tuskegee, Alabama 36083
(334) 727-4830
fgrayjr@glsmgn.com

*/s/ Alicia F. Bennett*
ALICIA F. BENNETT
Hill, Hill, Carter, Franco, Cole & Black, P.C.
31 Inverness Center Parkway
Suite 120
Birmingham, AL  35242
(205) 271-1780
abennett@hillhillcarter.com

*/s/ J. Carlton Sims, Jr.\**
J. CARLTON SIMS, JR.
P.O. Box 373
Montgomery, AL  36101
(334) 328-2294
jcsimslegal@gmail.com

*Attorneys for Plaintiff Regina Bennett*

*/s/ James R. Seale*
JAMES R. SEALE
(ASB-3617-E68J)
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 S. Perry St.
Montgomery, Alabama 36104
(334) 834-7600
jrs@hillhillcarter.com

*Attorneys for Defendant Butler County Board of Education*

*\* Signed and submitted with permission of counsel.*