IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINA BENNETT,                )
                               )
        Plaintiff,             )
                               )
    v.                         )    CASE NO. 2:18-cv-1061-RAH
                               )
BUTLER COUNTY BOARD OF         )
EDUCATION,                     )
                               )
        Defendant.             )

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 388) filed on May 2, 2025, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties. All previous stipulations and orders of dismissal in this action remain final.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 2nd day of May 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE